IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| DANUTA LOBECK | § | |
| | § | |
| V. | § | CIVIL ACTION NO. G-10-423 |
| | § | |
| TINA M. LICATINO, ET AL. | § | |

## FINAL JUDGMENT

Having granted the Defendants summary judgment as to all claims asserted against them it is **ORDERED** and **ADJUDGED** that Plaintiff, Danuta Lobeck, **TAKE NOTHING** against Defendants, Tina Licatino, Gabourel Insurance Agency, Inc., Fidelity National Property and Casualty Insurance Company and Fidelity National Insurance Services, LLC; that Plaintiff's action is **DISMISSED on the merits**; and that the Parties **SHALL** bear their own costs.

**THIS IS A FINAL JUDGMENT.**

**DONE** at Galveston, Texas, this    31st    day of May, 2016.

John R. Froeschner
United States Magistrate Judge